CLAUDE THERIAULT, APPELLANT, v. SHERIFF, CLARK COUNTY, NEVADA, RESPONDENT.

No. 7516

November 13, 1973                                    515 P.2d 397

[Rehearing denied December 18, 1973]

*Alan R. Johns* and *Gordon L. Hawkins,* of Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *Donald K. Wadsworth,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

This appeal is without merit. The order of the trial court is affirmed.